McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEAN M. TURK
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Jean.Turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHERRY A. HAYES,    ) | CIVIL NO. 2:04-CV-2652-KJM |
|     Plaintiff,    ) | |
|     )  | STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
|     v.    ) | |
| MICHAEL J. ASTRUE,    ) Commissioner of    ) Social Security,    ) | |
|     Defendant.    ) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney's fees under the Equal Access to Justice Act in the amount of ELEVEN THOUSAND DOLLARS AND NO CENTS (**$11,000.00**).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court and the Ninth Circuit Court of Appeals in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all

claims, rights, causes of action, liens or subrogated interests relating to attorney's fees and costs incurred in this action under EAJA. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney's fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated:   *April 18, 2008*

/s/ John V. Johnson
*(As authorized via facsimile)*
JOHN V. JOHNSON
Attorney for Plaintiff

Dated:   *April 18, 2008*

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jean M. Turk
JEAN M. TURK
Attorneys for Defendant

o O o

ORDER

IT IS SO ORDERED.

Dated:  April 22, 2008.

U.S. MAGISTRATE JUDGE