IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERRY HAYES,

      Plaintiff,                      No. CIV S-04-2652 KJM

   vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.                  ORDER

_____/

       By judgment filed March 12, 2008 and entered on the District Court docket on May 7, 2008, this action was reversed and remanded. Accordingly, IT IS HEREBY ORDERED that this matter is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings and development of the record consistent with the analysis in the March 12, 2008 memorandum of the United Sates Court of Appeals for the Ninth Circuit.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

006
hayes2652.rem

1